**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6014

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CLYDE AUSTIN GRAY, JR., a/k/a Poochie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:09-cr-00326-TSE-2)

Submitted:  July 20, 2023                          Decided:  July 25, 2023

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clyde Austin Gray, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clyde Austin Gray, Jr., appeals the district court's order denying his motion for early termination of supervised release under 18 U.S.C. § 3583(e)(1).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *United States v. Gray*, No. 1:09-cr-00326-TSE-2 (E.D. Va. Dec. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
